# MARY C. CRAVER

### CRAVER LAW, LLC

829 Baronne Street
New Orleans, Louisiana 70113
Office: 504.581.9322 (x. 135)
Mobile: 504.450.7478
Telefax: 504.581.7651

May 11, 2010

Sean P. Mount
Christopher J. Rouse
Hailey, McNamara, Hall, Larmann & Papale, L.L.P.
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001

| | | |
|---|---|---|
| RE: | *Our Client:* | ***Sheldon Cannon*** |
| | *Claim No.* | *# 09-20032* |
| | *DOL:* | *12/08/2010* |
| | *Property:* | *161 Castle Drive, Edgard, LA 70049* |

Dear Mr. Rouse:

Enclosed please find a copy of the estimate prepared by Donald Herrmann of First General Services of New Orleans in the above-captioned matter.

Also enclosed please find a copy of the December 15, 2009 estimate prepared by Glenn Pierre for the electrical repairs made necessary by the rain storm and resulting damage at our client's property.

We hereby make demand, on behalf of our client, Mr. Cannon, that your client pay the total amount of our enclosed estimate, plus the cost of the electrical work. The majority of the electrical work has already been performed and paid for by Mr. Cannon.

We also must request that your client pay a reasonable sum for our firm's attorney's fees. It would be profoundly unfair for this law office to encroach upon our client's recovery. Our client should not and would not have had to hire attorneys in the first place had your client honored its contractual obligation to pay the requested damages within the first two months after the date of loss. Therefore, it is incumbent upon your client to negotiate a reasonable amount to cover our attorney's fees, thereby allowing Mr. Cannon to use the entirety of his recovery solely for the intended purpose of repairing his home.

Should your client fail and refuse to pay the above requested amounts, we will be forced to file our lawsuit. Said lawsuit will make demand for full payment as per our estimate. In addition, we will vehemently pursue our client's claim for penalties resulting from your client's violation of its obligations, including its duty of good faith and fair dealing under La. R.S. 22:1892 and 22:1973, as well as our claim for attorney's fees.



EXHIBIT
2

Furthermore, please be advised that we are prepared to seek damages for slander related to your client's accusations of insurance fraud against Mr. Cannon.

We take this opportunity to reiterate to you that, unfortunately, your expert's estimate is unacceptable. Firstly, it seems that Mr. Wood has underestimated the increased costs of materials and labor, which have sharply risen since 2005. Secondly, and more importantly, it is not clear to us why your client has decided to tax Mr. Cannon almost $8,000.00 in depreciation.

As per the terms of your client's own contract, Mr. Cannon has a 'Replacement Cost' policy, and is entitled to receive the entire replacement cost *without deduction for depreciation.  (See the Policy, Conditions Section, Part 5: "Loss Settlement").*  The policy states that our client may opt to make his claim on an actual cash value basis. However, we cannot find any language that allows your client to unilaterally make that decision for our client. Please advise us if we have missed something that would explain your client's imposition of a recoverable depreciation clause on what should be a Replacement Cost recovery.

As we have stated before, our client is willing to negotiate a reasonable settlement in this matter and avoid litigation. However, we are not willing to accept a grossly inadequate settlement offer debased with unjustifiable conditions and specifications, further reduced by the absence of attorney's fees, and exacerbated by the suggestion of fraud.

Please review the above and foregoing with your client and advise us as to the possibility of continuing settlement negotiations. As time is of the essence, and five months have already passed since the date of loss, we will require a response from your office **by 5:00 pm on Wednesday, May 19, 2010.**

Thanking you for this and for previous courtesies of your office, I remain,

Very Truly Yours,

MICHAEL E. KATZ
MARY C. CRAVER

MCC/
Enclosures

cc:   American Home Mortgage Servicing, Inc.
      S. Cannon

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

| | | | |
|---|---|---|---|
| Client: | Sheldon Cannon | Home: | (504) 000-0000 |
| Property: | 161 Castle Drive<br>Edgard, LA 70049 | | |
| Operator Info: | | | |
| Operator: | DHL | | |
| Estimator: | Donald J. Herrmann | Business: | (504) 460-4656 |
| Business: | P.O. Box 15740<br>New Orleans, LA 70175 | | |
| Type of Estimate:<br>Dates: | Roof | | |
| Date Entered: | 04/16/2010 | | |
| Price List: | LANO4B8A<br>Restoration/Service/Remodel | | |
| Estimate: | 2010-04-16-1412 | | |

## FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**2010-04-16-1412**



| Room: Garage | | | LxWxH 23'6" x 12'0" x 8'6" |
|---|---|---|---|
| | 603.50 SF Walls | | 282.00 SF Ceiling |
| | 885.50 SF Walls & Ceiling | | 282.00 SF Floor |
| | 31.33 SY Flooring | | 71.00 LF Floor Perimeter |
| | 199.75 SF Long Wall | | 102.00 SF Short Wall |
| | 71.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 80.00 SF | 0.43 | 1.50 | 154.40 |
| R&R Batt insulation in ceiling -  6" - R19 | 80.00 SF | 0.37 | 0.95 | 105.60 |
| Tape & float drywall ceiling | 283.20 SF | 0.00 | 0.50 | 141.60 |
| Seal/prime the ceiling - one coat | 282.00 SF | 0.00 | 0.35 | 98.70 |
| Paint the ceiling - two coats | 282.00 SF | 0.00 | 0.64 | 180.48 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 128.31 | 128.31 |
| R&R Batt insulation -  4" - R13 | 188.00 SF | 0.36 | 0.66 | 191.76 |
| R&R 1/2" drywall wall - hung, taped, floated, ready for paint | 188.00 SF | 0.43 | 1.50 | 362.84 |
| Seal/prime the walls - one coat | 603.50 SF | 0.00 | 0.35 | 211.23 |
| Paint the walls - two coats | 603.50 SF | 0.00 | 0.64 | 386.24 |
| Shelving - Detach & reset | 23.50 LF | 0.00 | 5.31 | 124.79 |
| Seal & paint wood shelving, 12"- 24" width | 23.50 LF | 0.00 | 2.35 | 55.23 |
| Seal/prime T-1-11 one coat | 103.00 SF | 0.00 | 0.35 | 36.05 |
| Paint the walls - two coats | 603.50 SF | 0.00 | 0.64 | 386.24 |
| Prime & paint door slab only - exterior (per side) | 1.00 EA | 0.00 | 35.00 | 35.00 |
| Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 0.00 | 29.00 | 29.00 |
| Contents - move out then reset | 1.00 EA | 0.00 | 33.16 | 33.16 |
| There was no base in this room. | | | | |

| Room Totals: Garage | 2,660.63 |
|---|---|

## FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com



**Room:  Game Room**                                      **LxWxH 20'0" x 15'8" x 9'9"**

| | |
|---|---|
| 695.50 SF Walls | 313.33 SF Ceiling |
| 1,008.83 SF Walls & Ceiling | 313.33 SF Floor |
| 34.81 SY Flooring | 71.33 LF Floor Perimeter |
| 195.00 SF Long Wall | 152.75 SF Short Wall |
| 71.33 LF Ceil. Perimeter | |



**Subroom 1:   Offset 1**                                    **LxWxH 6'6" x 6'3" x 9'9"**

| | |
|---|---|
| 248.63 SF Walls | 40.63 SF Ceiling |
| 289.25 SF Walls & Ceiling | 40.63 SF Floor |
| 4.51 SY Flooring | 25.50 LF Floor Perimeter |
| 63.38 SF Long Wall | 60.94 SF Short Wall |
| 25.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation in ceiling -  6" - R19 | 353.96 SF | 0.37 | 0.95 | 467.23 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 353.96 SF | 0.43 | 1.50 | 683.14 |
| Seal/prime the ceiling - one coat | 353.96 SF | 0.00 | 0.35 | 123.89 |
| Paint the ceiling - two coats | 353.96 SF | 0.00 | 0.64 | 226.53 |
| R&R Ceiling fan & light | 2.00 EA | 19.29 | 245.32 | 529.22 |
| R&R Batt insulation in wall -  4" - R13 | 258.37 SF | 0.36 | 0.66 | 263.53 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 524.00 SF | 0.43 | 1.50 | 1,011.32 |
| Seal/prime the walls - one coat | 944.13 SF | 0.00 | 0.35 | 330.45 |
| Paint the walls - two coats | 944.13 SF | 0.00 | 0.64 | 604.24 |
| Remove Indoor / outdoor carpet | 353.96 SF | 0.72 | 0.00 | 254.85 |
| Indoor / outdoor carpet | 407.05 SF | 0.00 | 1.46 | 594.29 |
| 15 % waste added for Indoor / outdoor carpet. | | | | |
| Floor prep | 353.96 SF | 0.00 | 0.42 | 148.66 |
| R&R Baseboard - 3 1/4" - Half | 48.42 LF | 0.48 | 2.35 | 137.03 |
| Stain & finish baseboard | 96.83 LF | 0.00 | 0.99 | 95.86 |
| Paint door slab only - 2 coats (per side) | 1.00 EA | 0.00 | 45.00 | 45.00 |
| Paint door trim & jamb - 2 coats (per side) | 1.00 EA | 0.00 | 29.00 | 29.00 |
| R&R Window stool & apron | 3.00 LF | 0.77 | 8.02 | 26.37 |
| Paint window trim & jamb - 2 coats (per side) | 1.00 EA | 0.00 | 29.00 | 29.00 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

## CONTINUED - Game Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Room Totals:  Game Room | | | | 5,599.61 |

| | Room: Bathroom | | LxWxH 9'2" x 6'2" x 9'0" |
|---|---|---|---|



|  | |
|---|---|
| 276.00  SF Walls | 56.53  SF Ceiling |
| 332.53  SF Walls & Ceiling | 56.53  SF Floor |
| 6.28  SY Flooring | 30.67  LF Floor Perimeter |
| 82.50  SF Long Wall | 55.50  SF Short Wall |
| 30.67  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation ceiling -  6" - R19 | 56.53 SF | 0.37 | 0.95 | 74.62 |
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 56.53 SF | 0.43 | 1.50 | 109.11 |
| Seal/prime the ceiling - one coat | 56.53 SF | 0.00 | 0.35 | 19.79 |
| Paint the ceiling - two coats | 56.53 SF | 0.00 | 0.64 | 36.18 |
| R&R 1/2" drywall wall - hung, taped, floated, ready for paint | 276.00 SF | 0.43 | 1.50 | 532.68 |
| Seal/prime the walls - one coat | 276.00 SF | 0.00 | 0.35 | 96.60 |
| Paint the walls - two coats | 276.00 SF | 0.00 | 0.64 | 176.64 |
| R&R Interior door - birch - pre-hung unit | 1.00 EA | 19.17 | 149.96 | 169.13 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 45.00 | 90.00 |
| Paint door trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 29.00 | 58.00 |
| R&R Door knob - interior | 1.00 EA | 12.78 | 35.00 | 47.78 |
| Clean floor | 56.53 SF | 0.00 | 0.23 | 13.00 |
| There was no base in place. | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Room Totals:  Bathroom | | | | 1,423.53 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com



| **Room: Den/Bar Area** | | | **LxWxH 26'3" x 24'0" x 8'0"** |
|---|---|---|---|

| 804.00 SF Walls | 630.00 SF Ceiling |
|---|---|
| 1,434.00 SF Walls & Ceiling | 630.00 SF Floor |
| 70.00 SY Flooring | 100.50 LF Floor Perimeter |
| 210.00 SF Long Wall | 192.00 SF Short Wall |
| 100.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation in ceiling - 6" - R19 | 160.00 SF | 0.37 | 0.95 | 211.20 |
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 160.00 SF | 0.43 | 1.50 | 308.80 |
| Remove Acoustic ceiling (popcorn) texture | 470.00 SF | 0.47 | 0.00 | 220.90 |
| Seal/prime the ceiling - one coat | 630.00 SF | 0.00 | 0.35 | 220.50 |
| Acoustic ceiling (popcorn) texture | 630.00 SF | 0.00 | 0.73 | 459.90 |
| Glitter application to acoustic ceiling | 630.00 SF | 0.00 | 0.24 | 151.20 |
| Recessed light fixture - Detach & reset trim only | 5.00 EA | 0.00 | 1.88 | 9.40 |
| Ceiling fan & light - Detach & reset | 1.00 EA | 0.00 | 128.31 | 128.31 |
| Mask the walls per square foot - plastic and tape | 804.00 SF | 0.00 | 0.16 | 128.64 |
| R&R Crown molding - 3-piece - stain grade/DENTAL MOLDING 6 INCH | 24.00 LF | 1.75 | 13.93 | 376.32 |
| Stain & finish crown molding | 100.50 LF | 0.00 | 1.07 | 107.54 |
| Stain & finish trim/12 INCH TRIM - CEILING | 100.50 LF | 0.00 | 1.00 | 100.50 |
| Seal/prime part of the walls - one coat | 402.00 SF | 0.00 | 0.35 | 140.70 |
| Paint the walls - two coats | 804.00 SF | 0.00 | 0.64 | 514.56 |
| R&R Baseboard - 3 1/4" | 25.50 LF | 0.48 | 2.35 | 72.17 |
| Stain & finish baseboard | 100.50 LF | 0.00 | 0.99 | 99.50 |
| Paint door or window opening - 2 coats (per side) | 1.00 EA | 0.00 | 20.28 | 20.28 |
| Finish French door slab only - 1 coat urethane (per side) | 1.00 EA | 0.00 | 33.34 | 33.34 |
| R&R Snaplock Laminate - simulated wood flooring | 498.00 SF | 1.70 | 6.37 | 4,018.86 |
| R&R Tile floor covering/ceramic | 132.00 SF | 1.48 | 8.24 | 1,283.04 |
| This ceramic tile was removed when I inspected job sit on 04/16/2010. | | | | |
| Floor prep | 132.00 SF | 0.00 | 0.42 | 55.44 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

### CONTINUED - Den/Bar Area

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Quarter round - 3/4" - Oak | 630.00 LF | 0.17 | 2.59 | 1,738.80 |
| Stain & finish base shoe or quarter round | 100.50 LF | 0.00 | 0.80 | 80.40 |
| Contents - move out then reset - Large room | 2.00 EA | 0.00 | 49.57 | 99.14 |
| Floor protection | 630.00 SF | 0.00 | 1.00 | 630.00 |

Room Totals:  Den/Bar Area                                                                          11,209.44

<table>
<tr><td></td><td>Room: Entry/Foyer</td><td>LxWxH 26'3" x 8'0" x 8'0"</td></tr>
</table>



| | |
|---|---|
| 548.00 SF Walls | 210.00 SF Ceiling |
| 758.00 SF Walls & Ceiling | 210.00 SF Floor |
| 23.33 SY Flooring | 68.50 LF Floor Perimeter |
| 210.00 SF Long Wall | 64.00 SF Short Wall |
| 68.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation in ceiling - 6" - R19 | 64.00 SF | 0.37 | 0.95 | 84.48 |
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 64.00 SF | 0.43 | 1.50 | 123.52 |
| Remove Acoustic ceiling (popcorn) texture | 146.00 SF | 0.47 | 0.00 | 68.62 |
| Seal/prime the ceiling - one coat | 210.00 SF | 0.00 | 0.35 | 73.50 |
| Acoustic ceiling (popcorn) texture | 210.00 SF | 0.00 | 0.73 | 153.30 |
| Glitter application to acoustic ceiling | 210.00 SF | 0.00 | 0.24 | 50.40 |
| Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 72.04 |
| Heat/AC register - Detach & reset | 1.00 EA | 0.00 | 8.18 | 8.18 |
| R&R Crown molding - 3-piece - stain grade | 12.00 LF | 1.75 | 13.93 | 188.16 |
| Stain & finish crown molding | 68.50 LF | 0.00 | 1.07 | 73.30 |
| Stain & finish trim - 12 inch | 68.50 LF | 0.00 | 1.00 | 68.50 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**CONTINUED - Entry/Foyer**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Mask the walls per square foot - plastic and tape | 548.00 SF | 0.00 | 0.16 | 87.68 |
| Seal/prime the walls - one coat | 64.00 SF | 0.00 | 0.35 | 22.40 |
| Paint the walls - two coats | 548.00 SF | 0.00 | 0.64 | 350.72 |
| R&R Baseboard - 3 1/4" | 9.00 LF | 0.48 | 2.35 | 25.47 |
| Stain & finish baseboard | 68.50 LF | 0.00 | 0.99 | 67.82 |
| Stain & finish door slab only (per side) | 1.00 EA | 0.00 | 36.92 | 36.92 |
| Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 20.28 | 40.56 |
| R&R Snaplock Laminate - simulated wood flooring | 96.00 SF | 1.70 | 6.37 | 774.72 |
| Clean floor - tile | 114.00 SF | 0.00 | 0.34 | 38.76 |
| Finish French door slab only - 1 coat urethane (per side) | 2.00 EA | 0.00 | 33.34 | 66.68 |
| Contents - move out then reset | 1.00 EA | 0.00 | 33.16 | 33.16 |
| Floor protection | 210.00 SF | 0.00 | 1.00 | 210.00 |

Room Totals:  Entry/Foyer                                                                                    2,718.89

| Room:  Hallway | LxWxH 12'6" x 3'8" x 8'0" |
|---|---|



| | |
|---|---|
| 258.67  SF Walls | 45.83  SF Ceiling |
| 304.50  SF Walls & Ceiling | 45.83  SF Floor |
| 5.09  SY Flooring | 32.33  LF Floor Perimeter |
| 100.00  SF Long Wall | 29.33  SF Short Wall |
| 32.33  LF Ceil. Perimeter | |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

| | | |
|---|---|---|
| **Subroom 1:** | **Offset 1** | **LxWxH 12'0" x 3'8" x 8'0"** |



| | |
|---|---|
| 250.67 SF Walls | 44.00 SF Ceiling |
| 294.67 SF Walls & Ceiling | 44.00 SF Floor |
| 4.89 SY Flooring | 31.33 LF Floor Perimeter |
| 96.00 SF Long Wall | 29.33 SF Short Wall |
| 31.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Subroom 2:** | **Closet** | **LxWxH 8'0" x 1'4" x 8'0"** |



| | |
|---|---|
| 149.33 SF Walls | 10.67 SF Ceiling |
| 160.00 SF Walls & Ceiling | 10.67 SF Floor |
| 1.19 SY Flooring | 18.67 LF Floor Perimeter |
| 64.00 SF Long Wall | 10.67 SF Short Wall |
| 18.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Acoustic ceiling (popcorn) texture | 100.50 SF | 0.47 | 0.73 | 120.61 |
| Seal/prime the ceiling - one coat | 100.50 SF | 0.00 | 0.35 | 35.18 |
| Glitter application to acoustic ceiling | 100.50 SF | 0.00 | 0.24 | 24.12 |
| This room is continuous from Den area in order to match and needs to be re blown. | | | | |
| Light fixture - Detach & reset | 2.00 EA | 0.00 | 36.02 | 72.04 |
| Mask and cover smoke alarm | 1.00 EA | 0.00 | 9.48 | 9.48 |
| Mask the walls per square foot - plastic and tape | 658.67 SF | 0.00 | 0.16 | 105.39 |
| Paint the walls - two coats | 658.67 SF | 0.00 | 0.64 | 421.55 |
| Stain & finish crown molding | 82.33 LF | 0.00 | 1.07 | 88.09 |
| Stain & finish trim - 12 inch | 82.33 LF | 0.00 | 1.00 | 82.33 |
| Paint door slab only - 2 coats (per side) | 6.00 EA | 0.00 | 45.00 | 270.00 |
| Paint door/window trim & jamb - 2 coats (per side) | 6.00 EA | 0.00 | 29.00 | 174.00 |
| R&R Snaplock Laminate - simulated wood flooring | 100.50 SF | 1.70 | 6.37 | 811.04 |
| R&R Quarter round - 3/4" - Oak | 82.33 LF | 0.17 | 2.59 | 227.23 |
| Stain & finish base shoe or quarter round | 82.33 LF | 0.00 | 0.80 | 65.86 |
| Finish baseboard - oversized - 1 coat urethane | 82.33 LF | 0.00 | 0.71 | 58.45 |
| Floor protection | 100.50 SF | 0.00 | 1.00 | 100.50 |

## FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**CONTINUED - Hallway**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Room Totals:  Hallway | | | | 2,665.87 |

**Room:  Master Bedroom**  LxWxH 16'6" x 16'0" x 8'0"



| | |
|---|---|
| 520.00 SF Walls | 264.00 SF Ceiling |
| 784.00 SF Walls & Ceiling | 264.00 SF Floor |
| 29.33 SY Flooring | 65.00 LF Floor Perimeter |
| 132.00 SF Long Wall | 128.00 SF Short Wall |
| 65.00 LF Ceil. Perimeter | |

**Subroom 1:   Offset 1**  LxWxH 3'8" x 2'0" x 8'0"

| | |
|---|---|
| 90.67 SF Walls | 7.33 SF Ceiling |
| 98.00 SF Walls & Ceiling | 7.33 SF Floor |
| 0.81 SY Flooring | 11.33 LF Floor Perimeter |
| 29.33 SF Long Wall | 16.00 SF Short Wall |
| 11.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Snaplock Laminate - simulated wood flooring | 271.33 SF | 1.70 | 6.37 | 2,189.63 |
| R&R Quarter round - 3/4" - Oak | 76.33 LF | 0.17 | 2.59 | 210.67 |
| Stain & finish base shoe or quarter round | 76.33 LF | 0.00 | 0.80 | 61.06 |
| Paint baseboard - two coats | 76.33 LF | 0.00 | 0.93 | 70.99 |
| Contents - move out then reset | 2.00 EA | 0.00 | 33.16 | 66.32 |

| | | | | |
|---|---|---|---|---|
| Room Totals:  Master Bedroom | | | | 2,598.67 |

## FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**Room: Master Dressing Area**　　　　　　　　　　**LxWxH 13'0" x 8'4" x 8'0"**



| | |
|---|---|
| 341.33 SF Walls | 108.33 SF Ceiling |
| 449.67 SF Walls & Ceiling | 108.33 SF Floor |
| 12.04 SY Flooring | 42.67 LF Floor Perimeter |
| 104.00 SF Long Wall | 66.67 SF Short Wall |
| 42.67 LF Ceil. Perimeter | |

**Subroom 1:  Closet**　　　　　　　　　　　　　　**LxWxH 6'4" x 2'4" x 8'0"**



| | |
|---|---|
| 138.67 SF Walls | 14.78 SF Ceiling |
| 153.44 SF Walls & Ceiling | 14.78 SF Floor |
| 1.64 SY Flooring | 17.33 LF Floor Perimeter |
| 50.67 SF Long Wall | 18.67 SF Short Wall |
| 17.33 LF Ceil. Perimeter | |

**Subroom 2:  Closet 2**　　　　　　　　　　　　　**LxWxH 6'4" x 2'4" x 8'0"**



| | |
|---|---|
| 138.67 SF Walls | 14.78 SF Ceiling |
| 153.44 SF Walls & Ceiling | 14.78 SF Floor |
| 1.64 SY Flooring | 17.33 LF Floor Perimeter |
| 50.67 SF Long Wall | 18.67 SF Short Wall |
| 17.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation in ceiling -  6" - R19 | 137.89 SF | 0.37 | 0.95 | 182.02 |
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 137.89 SF | 0.43 | 1.50 | 266.13 |
| Seal/prime the ceiling - one coat | 137.89 SF | 0.00 | 0.35 | 48.26 |
| Acoustic ceiling (popcorn) texture | 137.89 SF | 0.00 | 0.73 | 100.66 |
| Glitter application to acoustic ceiling | 137.89 SF | 0.00 | 0.24 | 33.09 |
| Mask the walls per square foot - plastic and tape | 618.67 SF | 0.00 | 0.16 | 98.99 |
| Light fixture - Detach & reset | 1.00 EA | 0.00 | 36.02 | 36.02 |
| R&R Wallpaper border | 77.33 LF | 0.41 | 2.10 | 194.10 |
| Paint the walls - two coats | 618.67 SF | 0.00 | 0.64 | 395.95 |
| Stain & finish baseboard - oversized | 42.66 LF | 0.00 | 1.12 | 47.78 |
| No base in closets | | | | |
| Clean floor - tile | 137.89 SF | 0.00 | 0.34 | 46.88 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

### CONTINUED - Master Dressing Area

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Finish door slab only - 1 coat urethane (per side) | 4.00 EA | 0.00 | 13.71 | 54.84 |
| Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 29.00 | 116.00 |
| Contents - move out then reset | 1.00 EA | 0.00 | 33.16 | 33.16 |
| Vanity appears t be in good condition | | | | |
| Floor protection | 137.89 SF | 0.00 | 1.00 | 137.89 |

Room Totals:  Master Dressing Area          1,791.77



| Room:  Master Bath | | LxWxH 13'4" x 7'8" x 8'0" |
|---|---|---|
| | 336.00 SF Walls | 102.22 SF Ceiling |
| | 438.22 SF Walls & Ceiling | 102.22 SF Floor |
| | 11.36 SY Flooring | 42.00 LF Floor Perimeter |
| | 106.67 SF Long Wall | 61.33 SF Short Wall |
| | 42.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation in ceiling -  6" - R19 | 102.22 SF | 0.37 | 0.95 | 134.93 |
| R&R 1/2" drywall ceiling - hung, taped, floated, ready for paint | 102.22 SF | 0.43 | 1.50 | 197.28 |
| Seal/prime the ceiling - one coat | 102.22 SF | 0.00 | 0.35 | 35.78 |
| Acoustic ceiling (popcorn) texture | 102.22 SF | 0.00 | 0.73 | 74.62 |
| Glitter application to acoustic ceiling | 102.22 SF | 0.00 | 0.24 | 24.53 |
| Mask the walls per square foot - plastic and tape | 336.00 SF | 0.00 | 0.16 | 53.76 |
| Drywall repair | 64.00 SF | 0.00 | 1.50 | 96.00 |
| Seal/prime the walls - one coat | 336.00 SF | 0.00 | 0.35 | 117.60 |
| Paint the walls - two coats | 336.00 SF | 0.00 | 0.64 | 215.04 |
| Clean tub - large/Jacuzzi | 1.00 EA | 0.00 | 25.00 | 25.00 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

### CONTINUED – Master Bath

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Clean floor - tile | 34.00 SF | 0.00 | 0.34 | 11.56 |
| R&R Carpet on steps | 48.00 SF | 0.29 | 2.54 | 135.84 |
| Step charge for "waterfall" carpet installation | 3.00 EA | 0.00 | 4.16 | 12.48 |
| Finish door slab only - 1 coat urethane (per side) | 2.00 EA | 0.00 | 13.71 | 27.42 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 29.00 | 58.00 |
| Mask and cover heat, vent, light fixture | 1.00 EA | 0.00 | 9.48 | 9.48 |
| Floor protection | 102.22 SF | 0.00 | 1.00 | 102.22 |

Room Totals:  Master Bath     1,331.54



| Room:  Rear Bedroom | | LxWxH 12'0" x 12'0" x 8'0" |
|---|---|---|
| 384.00 SF Walls | | 144.00 SF Ceiling |
| 528.00 SF Walls & Ceiling | | 144.00 SF Floor |
| 16.00 SY Flooring | | 48.00 LF Floor Perimeter |
| 96.00 SF Long Wall | | 96.00 SF Short Wall |
| 48.00 LF Ceil. Perimeter | | |



| Subroom 1:  Closet | | LxWxH 5'0" x 2'4" x 8'0" |
|---|---|---|
| 117.33 SF Walls | | 11.67 SF Ceiling |
| 129.00 SF Walls & Ceiling | | 11.67 SF Floor |
| 1.30 SY Flooring | | 14.67 LF Floor Perimeter |
| 40.00 SF Long Wall | | 18.67 SF Short Wall |
| 14.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Quarter round - 3/4" - Oak | 62.67 LF | 0.17 | 2.59 | 172.97 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**CONTINUED - Rear Bedroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Finish base shoe or quarter round - 1 coat urethane | 62.67 LF | 0.00 | 0.39 | 24.44 |
| R&R Snaplock Laminate - simulated wood flooring | 155.67 SF | 1.70 | 6.37 | 1,256.26 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 49.57 | 49.57 |
| No base or shoe molding in closet | | | | |

| | |
|---|---|
| Room Totals:  Rear Bedroom | 1,503.24 |



| **Room:  Front Bedroom Corner** | | **LxWxH 15'0" x 12'0" x 8'0"** |
|---|---|---|
| 432.00 SF Walls | 180.00 SF Ceiling | |
| 612.00 SF Walls & Ceiling | 180.00 SF Floor | |
| 20.00 SY Flooring | 54.00 LF Floor Perimeter | |
| 120.00 SF Long Wall | 96.00 SF Short Wall | |
| 54.00 LF Ceil. Perimeter | | |



| **Subroom 1:  Closet** | | **LxWxH 5'0" x 2'4" x 8'0"** |
|---|---|---|
| 117.33 SF Walls | 11.67 SF Ceiling | |
| 129.00 SF Walls & Ceiling | 11.67 SF Floor | |
| 1.30 SY Flooring | 14.67 LF Floor Perimeter | |
| 40.00 SF Long Wall | 18.67 SF Short Wall | |
| 14.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Quarter round - 3/4" - Oak | 68.67 LF | 0.17 | 2.59 | 189.53 |
| Finish base shoe or quarter round - 1 coat urethane | 68.67 LF | 0.00 | 0.39 | 26.78 |
| R&R Snaplock Laminate - simulated wood flooring | 191.67 SF | 1.70 | 6.37 | 1,546.78 |

## FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**CONTINUED - Front Bedroom Corner**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 49.57 | 49.57 |
| No base or quarter round in closet | | | | |

| | | |
|---|---|---|
| Room Totals: Front Bedroom Corner | | 1,812.66 |

**Room: Office**                                         **LxWxH 12'0" x 11'3" x 8'0"**



| | |
|---|---|
| 372.00 SF Walls | 135.00 SF Ceiling |
| 507.00 SF Walls & Ceiling | 135.00 SF Floor |
| 15.00 SY Flooring | 46.50 LF Floor Perimeter |
| 96.00 SF Long Wall | 90.00 SF Short Wall |
| 46.50 LF Ceil. Perimeter | |

**Subroom 1:  Closet**                                   **LxWxH 8'0" x 2'4" x 8'0"**



| | |
|---|---|
| 165.33 SF Walls | 18.67 SF Ceiling |
| 184.00 SF Walls & Ceiling | 18.67 SF Floor |
| 2.07 SY Flooring | 20.67 LF Floor Perimeter |
| 64.00 SF Long Wall | 18.67 SF Short Wall |
| 20.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Quarter round - 3/4" - Oak | 67.17 LF | 0.17 | 2.59 | 185.39 |
| Finish base shoe or quarter round - 1 coat urethane | 67.17 LF | 0.00 | 0.39 | 26.20 |
| R&R Snaplock Laminate - simulated wood flooring | 153.67 SF | 1.70 | 6.37 | 1,240.12 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 49.57 | 49.57 |
| There is no base or quarter round in closet | | | | |

| | | |
|---|---|---|
| Room Totals: Office | | 1,501.28 |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

|  |  |
|---|---|
| **Room:  Hall Bathroom** | **LxWxH 0'0" x 0'0" x 8'0"** |



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| We checked vanity and found there was no damage or other noticeable damage in room. | | | | |

| Room Totals:  Hall Bathroom | | 0.00 |
|---|---|---|

|  |  |
|---|---|
| **Room:  Dining Room** | **LxWxH 22'0" x 14'0" x 8'0"** |

| 576.00 SF Walls | 308.00 SF Ceiling |
|---|---|
| 884.00 SF Walls & Ceiling | 308.00 SF Floor |
| 34.22 SY Flooring | 72.00 LF Floor Perimeter |
| 176.00 SF Long Wall | 112.00 SF Short Wall |
| 72.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Quarter round - 3/4" - Oak | 72.00 LF | 0.17 | 2.59 | 198.72 |
| Finish base shoe or quarter round - 1 coat urethane | 72.00 LF | 0.00 | 0.39 | 28.08 |
| R&R Snaplock Laminate - simulated wood flooring | 308.00 SF | 1.70 | 6.37 | 2,485.56 |
| Provide glasspack box, packing paper & tape | 3.00 EA | 0.00 | 13.59 | 40.77 |
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 49.57 | 49.57 |
| There are crystal and china ware in the china cabinet that will have to be packed and moved. | | | | |

| Room Totals:  Dining Room | | 2,802.70 |
|---|---|---|

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com



| Room: Bathroom (half) | LxWxH 8'5" x 5'8" x 8'0" |
|---|---|
| 225.33 SF Walls | 47.69 SF Ceiling |
| 273.03 SF Walls & Ceiling | 47.69 SF Floor |
| 5.30 SY Flooring | 28.17 LF Floor Perimeter |
| 67.33 SF Long Wall | 45.33 SF Short Wall |
| 28.17 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

We checked vanity cabinet and found no noticeable damage.
8 inch wood base and quarter round behind door is full of mildew. This is caused by the return air which is backed up to return air closet.
Drain line is leaking inside of return air. The entire return air is full of mildew and should be repaired as soon as possible.
There is no noticeable damage to remainder of bathroom.
We checked Laundry room and Front Garage. There was no noticeable damage.

Room Totals:  Bathroom (half)                                                                          0.00

| Room: Roof over Garage | LxWxH 23'0" x 13'0" x 8'0" |
|---|---|
| 576.00 SF Walls | 299.00 SF Ceiling |
| 875.00 SF Walls & Ceiling | 299.00 SF Floor |
| 33.22 SY Flooring | 72.00 LF Floor Perimeter |
| 184.00 SF Long Wall | 104.00 SF Short Wall |
| 72.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Laminated - 30 yr. - comp. shingle rfg - incl. felt | 3.33 SQ | 53.56 | 225.00 | 927.60 |
| R&R Flashing, 14" wide | 40.00 LF | 0.61 | 2.94 | 142.00 |

Work was completed on roof with both sections of roof having architectual grade shingles.
I did not see damages to roof. Repairs were made before my inspection.

Room Totals:  Roof over Garage                                                                   1,069.60

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

### Room: New Gable Roof



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Roofing felt - 15 lb. on Gable roof | 10.00 SQ | 0.00 | 20.69 | 206.90 |
| There were no shingles on roof at time of incident. Only felt paper. Per owner | | | | |

| Room Totals: New Gable Roof | | | | 206.90 |
|---|---|---|---|---|

### Room: Soffit,Fascia,Siding



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Above rear garage roof. | | | | |
| R&R Soffit & fascia - 2' overhang | 25.00 LF | 0.91 | 7.89 | 220.00 |
| R&R Soffit & fascia - 1' overhang | 12.00 LF | 0.86 | 5.66 | 78.24 |
| R&R Siding - vinyl | 12.00 SF | 0.45 | 2.90 | 40.20 |

| Room Totals: Soffit,Fascia,Siding | | | | 338.44 |
|---|---|---|---|---|

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

**Room: Right Side**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Soffit & fascia - 4' overhang | 42.00 LF | 0.98 | 12.58 | 569.52 |
| R&R Siding - vinyl | 45.00 SF | 0.45 | 2.90 | 150.75 |

Room Totals: Right Side     720.27

**Room: Rear Gable**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Soffit & fascia - 4' overhang | 44.00 LF | 0.98 | 12.58 | 596.64 |
| R&R Siding - vinyl | 646.00 SF | 0.45 | 2.90 | 2,164.10 |

Room Totals: Rear Gable     2,760.74

**Room: Left Side**



2010-04-16-1412            04/20/2010  Page: 18

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Soffit & fascia - 4' overhang | 47.00 LF | 0.98 | 12.58 | 637.32 |

Vinyl siding, Soffit and Fascia was replaced from approximately 1/2 of right and left side; rear half.
Fascia is smooth finish on new with fascia on old having a crease in middle of fascia.
Rear of house was all new soffit and fascia. Work was completed when I made my inspection on April 16, 2010. I did not see damages.

| | | | | |
|---|---|---|---|---|
| Room Totals:  Left Side | | | | 637.32 |

### Room:  General Items



| DESCRIPTION | QNTY | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | ✓ | 583.80 | 0.00 | 583.80 |
| General clean - up | 24.00 HR | | 0.00 | 26.20 | 628.80 |

| | | |
|---|---|---|
| Room Totals:  General Items | | 1,212.60 |

| | | |
|---|---|---|
| **Line Item Totals: 2010-04-16-1412** | | **46,565.70** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,364.96 | SF Walls | 3,300.13 | SF Ceiling | 11,665.08 | SF Walls and Ceiling |
| 3,300.13 | SF Floor | 366.68 | SY Flooring | 1,016.17 | LF Floor Perimeter |
| 2,577.29 | SF Long Wall | 1,605.19 | SF Short Wall | 1,016.17 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

# FIRST GENERAL SERVICES OF NEW ORLEANS

P.O. Box 15740
New Orleans, LA 70175
(504) 460-4656
E-mail: donaldjherrmann@gmail.com

## Summary for Roof

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 46,565.70 |
| Material Sales Tax | @ | 8.750%  x | 15,947.59 | 1395.41 |
| | | | | |
| Subtotal | | | | 47,961.11 |
| Overhead | @ | 10.0%  x | 47,961.11 | 4,796.11 |
| Profit | @ | 10.0%  x | 47,961.11 | 4,796.11 |
| | | | | |
| Replacement Cost Value | | | | 57,553.33 |
| **Net Claim** | | | | **57,553.33** |

Donald J. Herrmann

CONTRACTORS INVOICE

LIL JO BOX CONSTRUCTION
P.O. BOX 166
EDGARD, LA 70049
504-554-0384

WORK PERFORMED AT:

Sheldon Cannon
161 Castle Dr.
Edgard, LA 70049

TO: WHom It may Corcen

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12-15-09 | | |

DESCRIPTION OF WORK PERFORMED

WHEN I LOOKED THROUGH-OUT THE HOME OF MR + MRS SHELDON CANASON I OBSSERVED THAT THERE IS SERIOUS DAMAGE TO THE ELECTRICAL WIRING FROM EXCESSIVE WATER DAMAGE.

My RECOMMENDATION FOR REPAIRING THE WIRING IS TO REPLACE ALL ELECTRICAL WIRING THROUGHOUT THE FIRST FLOOR OF DAMAGED ROOMS.

ALSO, THERE WAS DAMAGE TO WATER LINES (COPPER TUBING) THAT NEEDS TO BE WELDED. TOILET, SHOWER + FACE BOWL NEEDS TO BE REPLACED IN BATHROOM. NEW PLUMBING NEEDED.

TOTAL COST OF ELECTRICAL WIRING + FIXTURES @ MATERIAL + LABOR COST   $19,864.00

TOTAL COST OF REPAIRING PLUMBING MATERIAL + LABOR   $1 1250.00   LC #8315

TOTAL COST OF JOB: $11,114.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specification provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 11,114.00

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year _____

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month _____ Day _____ Year _____

TC8122

CONTRACTORS INVOICE